UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DENNIS E. LONG,

        Petitioner,

vs.                                    Case No.  2:04-cv-164-FtM-29DNF

JERRY REIGER, Secretary, Department
of Children and Families Services,

        Respondent.
_____

**OPINION AND ORDER**

     This matter comes before the Court on petitioner's Notice of Appeal (Doc. #30), which is deemed to include an application for a certificate of appealability (Doc. #31), filed on May 9, 2005.

     On April 24, 1996, the President signed into law amendments to 28 U.S.C. §§ 2244, 2253, 2254, 2255, Appellate Rule 22, and 21 U.S.C. § 848(q).  Under 28 U.S.C. § 2253(c)(1), an appeal cannot be taken from a final order in a habeas proceeding unless a certificate of appealability issues.  The decision to issue a certificate of appealability requires "an overview of the claims in the habeas petition and a general assessment of their merits." Miller-El v. Cockrell, 537 U.S. 322, 336 (2003).

     Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.  See

Slack v. McDaniel, 529 U.S. 473, 484 (2000); Peoples v. Haley, 227 F.3d 1342 (11th Cir. 2000).  When the district court has rejected a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 121 S. Ct. 1738 (2001).  "This threshold inquiry does not require full consideration of the factual or legal bases adduced in support of the claims." Miller-El v. Cockrell, 537 U.S. at 336.

On April 27, 2005, the Court entered an Order (Doc. #28) dismissing petitioner's Petition for Writ of Habeas Corpus for release because the Florida Department of Law Enforcement Sex Offenders/Predators Database reflected that petitioner had been released from confinement at the Florida Civil Commitment Center.  The Court finds that petitioner has failed to show that jurists of reason would find it debatable whether the Court was correct in its procedural ruling.  Therefore, the certificate of appealability is due to be denied.

Accordingly, it is now

**ORDERED:**

Petitioner's application for a certificate of appealability (Doc. #31) is **DENIED**. To the extent that petitioner seeks a hearing before the undersigned, that request is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   11th   day of May, 2005.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
USCA
Parties of record
SA/as